## MATTER OF HOUSE AVENUE.

*Eminent domain — statutes relating to, must be strictly construed — acquiring land for city streets.*

By the charter of the city of Troy it is provided that where lands are to be taken for a street in case of inability to agree with the land owners as to compensation, commissioners of estimate shall be appointed. Proceedings were taken to lay out and open a street in Troy a certain distance. A portion of the way the land could be obtained by negotiation, but a part of the way it could not. A committee reported these facts to the common council and recommended the laying out of the street and the appointment of a board of estimate. The report was accepted, but afterward reconsidered and adopted, except as to the laying out of the street through lands that could not be obtained by negotiation, and commissioners of estimate appointed. *Held*, that the authority conferred by statute in this matter must be strictly pursued, and the appointment of commissioners of estimate not being provided for except in case of inability to agree with the owners of lands as to compensation, the proceedings to open the street were invalid.

APPEAL by John C. Wheeler from the order of the special term confirming the report of the local assessors of the city of Troy, and refusing to set aside an order appointing commissioners of estimate.

*Henry A. Merritt*, for appellant.

*R. A. Parmenter*, for city of Troy.

BOCKES, J.

The decision relates to a local matter and turns upon the provisions of the charter of the city of Troy, and it is not believed that the opinion will be of general interest.

*Orders set aside.*